CASE NO. 18-H-15-3

CHRISTIAN DISTRICT COURT
ADULT GUARDIANSHIP DIVISION
HON. JUDGE J. FOSTER COTTHOFF

COMMONWEALTH OF KENTUCKY

v.

**AGREED ORDER**

RONALD DEWAYNE SANDERS

*****

The Petitioner, Office of the Christian County Attorney, having filed notice that it has no objection to the Respondent's motion for public disclosure of the records and records of proceedings in the above case; the Kentucky Cabinet for Health and Family Services, being advised of the Respondent's waiver of his protected health information and waiver of his privacy interest in this case, and having no objection to the Respondent's motion for public disclosure of the records and records of proceedings in this case; and the Respondent, Ronald Sanders, hereby stipulate and agree that the records of proceedings and the attached records from the file in this case may be made open to the general public, pursuant to KRS 387.770.

Hon. Harold M. Johns joins the Petitioner, Office of the Christian County Attorney, the Cabinet for Health and Family Services, and the Respondent, Ronald Sanders, in the above stipulation and agreement that the records of proceedings and the attached records selected from the file in this case may be made open to the general public, pursuant to KRS 387.770.

**SO ORDERED** this 2 day of July, 2019.

[signature]
Christian County District Judge

7-2-19
Date

TENDERED
DATE 6-27-19
BY [signature] D.C.

DEFENDANT'S EXHIBIT 2

ENTERED
ATTEST ... CLERK
JUL 02 2019
CHRISTIAN COUNTY, KENTUCKY
BY ... D.C.

HAVE SEEN AND AGREED TO:

Christopher J. Hoerter
Coleman, Roles & Associates, PLLC
1009 South Fourth Street
Louisville, KY 40203-3226
T (502) 584-8583
F (502) 584-1826
cjr.hoerter@gmail.com
*Counsel for the Respondent*

John T. Soyars
Christian County Attorney
209 East 14th Street
Hopkinsville, KY 42240
T (270) 887-4114
*Petitioner*

Carmen Ross
CHFS, Office of Legal Services
275 East Main Street 5W-B
Frankfort, KY 40621-0001
T (502) 564-7905

Harold M. Johns
12 Public Square
P.O. Box 746
Elkton, KY 42220
T (270) 265-2912
F (270) 265-2054

Tendered by:

Christopher J. Hoerter
Coleman, Roles & Associates, PLLC
1009 South Fourth Street
Louisville, KY 40203-3226
(502) 584-8583
(502) 584-1826
cjr.hoerter@gmail.com