***Electronically Filed***
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CASE NO. 5:19-cv23-TBR

LEONA N. SANDERS, *et al.*, PLAINTIFFS

V. **<u>O R D E R</u>**

CITY OF PEMBROKE, *et. al.*, DEFENDANTS

* * * * * * * * *

Defendants Heather Holland, Lindee Monroe, and Rebecca Perry ("CHFS Defendants") have moved this Court for leave to provisionally file Ronald Sanders' complete state guardianship court records, including the video recordings of relevant state disability court hearings, *under seal*, as background information for this Court's consideration, by taking judicial notice of such records. The motion is GRANTED.

This Court reserves for later deciding how much of the state court records and video record should be made available to the general public, notwithstanding Plaintiff's expressed desire to waive all Mr. Sanders medical privacy in this case.